IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

P. S. PRODUCTS, INC.,                                                                                      PLAINTIFFS
BILLY PENNINGTON, Individually

v.                                      Civil Action No. 4:16-CV-549BRW

RSR ELECTRONICS, INC.                                                                                   DEFENDANT

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiffs, and states to the Court that this matter has been fully resolved in all respects by the parties and should be dismissed with prejudice.

WHEREFORE, the Plaintiffs move that this Court enter its Order of Dismissal with Prejudice concluding this matter in its entirety.

Dated: August 24, 2016.

Respectfully Submitted,

STEWART LAW FIRM

/s/ Chris H. Stewart
By: Chris H. Stewart
Ark. Bar No. 03-222
Attorney for Plaintiffs
PO Box 25862
Little Rock, AR 72205
Phone: 501-353-1364
Fax:    501-353-1263
Email: arklaw@comcast.net